## DALLAS JOINT STOCK LAND BANK OF DALLAS v. D. E. MAGEE.
### No. 2299—7463.

Commission of Appeals of Texas, Section A.
Feb. 28, 1940.

Lawther, Cramer, Perry & Johnson, of Dallas, for plaintiff in error.

Slay & Simon, of Fort Worth, for defendant in error.

HICKMAN, Commissioner.

We had a mistaken view of the record when we granted the writ in this case. A careful consideration thereof, after submission, in connection with the application and briefs, has led us to the conclusion that the opinion of the Court of Civil Appeals, reported in 117 S.W.2d 473, is correct, and should be permitted to stand. It is accordingly approved. Any further writing on the case could hardly be justified.

The judgment of the Court of Civil Appeals is affirmed.

Opinion adopted by the Supreme Court.

## Luis AGUILAR v. STATE.
### No. 21043.

Court of Criminal Appeals of Texas.
Feb. 28, 1940.

Carpenter & Boling, of Lubbock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary, punishment being assessed at confinement in the penitentiary for two years.

Since notice of appeal was given appellant has filed his affidavit advising that he does not further desire to prosecute his appeal, and requests that same be dismissed, and it is so ordered.

## Chester GORE v. STATE.
### No. 20890.

Court of Criminal Appeals of Texas.
Feb. 14, 1940.

R. B. Gambill, of Denton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is driving an automobile on a public highway while intoxicated; the punishment, a fine of $50 and confinement in jail for 5 days.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.